**Fill in this information to identify your case:**

Debtor 1 ___Carla_____Miloszewski_____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number __26-21887_____
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Carla Miloszewski_____     ✖ _____
Signature of Debtor 1                               Signature of Debtor 2

Date 07/16/2026_____                          Date _____
MM / DD  / YYYY                                       MM / DD  / YYYY

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

| Print | Save As... | Add Attachment | Reset |

**Fill in this information to identify your case and this filing:**

Debtor 1 _____Carla_____Miloszewski_____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number ___26-21887_____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:      Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1. _____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____        $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
(see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____        $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property**
(see instructions)

Debtor 1 ___Carla_____Miboszrewski___   Case number *(if known)* 26-21887
      First Name     Middle Name     Last Name

---

1.3. _____
Street address, if available, or other description

_____

_____
City         State    ZIP Code

_____
County

**What is the property?** Check all that apply.

❑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

❑ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** …………………………………………………➔   $_____ 0.00

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
❑ Yes

3.1.  Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

[ ]

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, describe here:

3.2.  Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

[ ]

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

Official Form 106A/B      **Schedule A/B: Property**      page **2**

Debtor 1    Carla _____ Miloszewski _____   Case number *(if known)* 26-21887

First Name    Middle Name    Last Name

---

3.3.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

---

3.4.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1.   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

If you own or have more than one, list here:

4.2.   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................................. ➔ $_____ 0.00

Debtor 1   Carla                              Miloszewski              Case number (*if known*) 26-21887
         First Name     Middle Name     Last Name

---

## Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.........   furniture, linens, kitchenware          $ 500.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..........   Television, compiuters, printers, electronic devices          $ 500.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..........          $ 0.00

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe..........          $ 0.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..........          $ 0.00

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..........   everyday clothes, shoes and accessories          $ 300.00

12. **Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe...........   everyday jewelry, watches          $ 300.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...........          $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. .............          $ 0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................... →   $ 1,600.00

---

Debtor 1  Carla          Miloszewski          Case number *(if known)* 26-21887

First Name    Middle Name    Last Name

---

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ................................................................................................................  Cash: ...................... $_____20.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .................... 

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | SOFI | $ 662.18 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | SOFI | $ 17,116.38 |
| 17.4. Savings account: | SOFI | $ 500.35 |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................. 

Institution or issuer name:

_____ $_____
_____ $_____
_____ $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

---

Official Form 106A/B                **Schedule A/B: Property**                page **5**

Debtor 1   Carla   Miloszewski

First Name   Middle Name   Last Name

Case number *(if known)* 26-21887

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them...................... 

Issuer name:

_____ $_____

_____ $_____

_____ $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | Fidelity | $ 15,109.30 |
| Pension plan: | | $_____ |
| IRA: | Ally | $ 4,504.74 |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account: | | $_____ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes ..........................

| Institution name or individual: | |
|---|---|
| Electric: | $_____ |
| Gas: | $_____ |
| Heating oil: | $_____ |
| Security deposit on rental unit: | $_____ |
| Prepaid rent: | $_____ |
| Telephone: | $_____ |
| Water: | $_____ |
| Rented furniture: | $_____ |
| Other: | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ..........................

Issuer name and description:

_____ $_____

_____ $_____

_____ $_____

Debtor 1    Carla _____ Miloszewski _____    Case number *(if known)* 26-21887

     First Name     Middle Name     Last Name

---

24. **Interests in an education IRA**, **in an account in a qualified ABLE program**, **or under a qualified state tuition program**.
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ❑ Yes ............................ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____ $_____

    _____ $_____

    _____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ❑ Yes. Give specific information about them.... $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ❑ Yes. Give specific information about them.... $_____

27. **Licenses, franchises, and other general intangibles**

    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ❑ Yes. Give specific information about them.... $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ❑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

    Federal: $_____

    State: $_____

    Local: $_____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ❑ Yes. Give specific information..............

    Alimony: $_____

    Maintenance: $_____

    Support: $_____

    Divorce settlement: $_____

    Property settlement: $_____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ❑ Yes. Give specific information.............. $_____

Debtor 1    Carla            Miloszewski

First Name    Middle Name    Last Name                Case number (*if known*) 26-21887

31. **Interests in insurance policies**

*Examples:* Health, disability**,** or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

❑ No

❑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

❑ Yes. Give specific information..............                                $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

❑ Yes. Describe each claim. ...................                                $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

❑ Yes. Describe each claim. ...................                                $_____ 0.00

35. **Any financial assets you did not already list**

☑ No

❑ Yes. Give specific information............                                $_____ 0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................................... ➔    $_____ 37,912.95

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

❑ Yes. Go to line 38.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

❑ Yes. Describe.......                                $_____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

❑ Yes. Describe.......                                $_____

Debtor 1    Carla _____ Miloszewski _____    Case number (*if known*) 26-21887
First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

❑ Yes. Describe....... $_____

41. **Inventory**

☑ No

❑ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**

☑ No

❑ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |

43. **Customer lists, mailing lists, or other compilations**

☑ No

❑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

 ❑ No

 ❑ Yes. Describe........ $_____

44. **Any business-related property you did not already list**

☑ No

❑ Yes. Give specific
information ......... _____ $_____
_____ $_____
_____ $_____
_____ $_____
_____ $_____
_____ $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ..................................................................................➔ $_____0.00

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

❑ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

❑ Yes ........................ $_____

Debtor 1    Carla                    Miloszewski            Case number (*if known*) 26-21887
            First Name   Middle Name   Last Name

48. **Crops—either growing or harvested**

☑ No

❑ Yes. Give specific information. ............

$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

❑ Yes ........................

$_____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

❑ Yes ........................

$_____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

❑ Yes. Give specific information. ............

$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ....................................................................➔

$_____0.00

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

❑ Yes. Give specific information. ............

$_____

$_____

$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .............................➔

$_____0.00

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ....................................................................................................➔   $_____0.00

56. **Part 2: Total vehicles, line 5**                                      $_____0.00

57. **Part 3: Total personal and household items, line 15**              $_____1,600.00

58. **Part 4: Total financial assets, line 36**                          $_____37,912.95

59. **Part 5: Total business-related property, line 45**                 $_____0.00

60. **Part 6: Total farm- and fishing-related property, line 52**        $_____0.00

61. **Part 7: Total other property not listed, line 54**              ＋ $_____0.00

62. **Total personal property.** Add lines 56 through 61. ....................   $_____39,512.95   Copy personal property total ➔ ＋$_____39,512.95

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .........................................................   $_____39,512.95

Print          Save As...          Add Attachment                    Reset

**Fill in this information to identify your case:**

Debtor 1    Carla                              Miloszewski
            First Name        Middle Name        Last Name

Debtor 2    _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number    26-21887
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods  Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d) |
| Brief description: Electronics  Line from *Schedule A/B*: 7 | $ 500.00 | ☑ $ 500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d) |
| Brief description: Clothes  Line from *Schedule A/B*: 11 | $ 300.00 | ☑ $ 300.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

Debtor 1    Carla _____ Miloszewski _____    Case number *(if known)* 26-21887 _____
             First Name        Middle Name          Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  *Copy the value from Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Jewelry  Line from Schedule A/B: 6 | $ 300.00 | ☐ $ 300.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(4) |
| Brief description: Deposits of money  Line from Schedule A/B: 17 | $ 18,328.91 | ☑ $ 15,800.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(5) |
| Brief description: Retirement Accounts  Line from Schedule A/B: 21 | $ 19,614.04 | ☐ $ 19,614.04  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522 (d)(12) |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from Schedule A/B: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2 of __

| Print | Save As... | Add Attachment | Reset |

**Fill in this information to identify your case:**

Debtor 1    Carla          Miloszewski
                    First Name            Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number   26-21887
(If known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

---

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

Creditor's Name

Number     Street

_____

City            State    ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $_____  Column B: $_____  Column C: $_____

**2.2**

Creditor's Name

Number     Street

_____

City            State    ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $_____  Column B: $_____  Column C: $_____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $_____0.00 |
|---|---|

Official Form 106D        **Schedule D: Creditors Who Have Claims Secured by Property**        page 1 of ___

**Fill in this information to identify your case:**

Debtor 1    Carla _____ Miloszewski _____
            First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number   26-21887 _____
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

**2.2**

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

Debtor 1 _____Carla_____Miloszewski_____    Case number (*if known*)__26-21887_____
First Name          Middle Name              Last Name

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

_____
Priority Creditor's Name

_____
Number          Street

_____

_____
City                      State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____    $_____    $_____

_____
Priority Creditor's Name

_____
Number          Street

_____

_____
City                      State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____    $_____    $_____

_____
Priority Creditor's Name

_____
Number          Street

_____

_____
City                      State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

❑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

$_____    $_____    $_____

Debtor 1 ___Carla_____Miloszewski_____ Case number *(if known)*___26-21887____
        First Name    Middle Name        Last Name                    Case number *(if known)*

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**

**Apple Card/GS Bank USA**
Nonpriority Creditor's Name

**Lockbox 6112, PO Box 7247**
Number    Street

**Philadelphia**          **PA**    **19170**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    01/12/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _revolving credit_

**Total claim**

$____2,157.00

---

**4.2**

**Comenity Bank**
Nonpriority Creditor's Name

**PO Box 182789**
Number    Street

**Columbus**          **OH**    **43218**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    12/31/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _revolving credit_

$____1,515.00

---

**4.3**

**Comenity Capital/Petco**
Nonpriority Creditor's Name

**PO Box 182120**
Number    Street

**Columbus**          **OH**    **43218**
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    07/03/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _revolving credit_

$____26.00

---

Debtor 1   Carla   Miloszewski   Case number (if known) 26-21887

First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.4

Comenity CB/Ulta
Nonpriority Creditor's Name

PO Box 182120
Number   Street

Columbus   OH   43218
City   State   ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 05/04/2022

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify revolving credit

$ 816.00

### 4,5

Credit One Bank NA
Nonpriority Creditor's Name

PO Box 98875
Number   Street

Las Vegas   NV   89193
City   State   ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 04/03/2023

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify revolving credit

$ 333.00

### 4.6

Receivables Outsourcing, LLC
Nonpriority Creditor's Name

PO Box 98875
Number   Street

Las Vegas   NV   89193
City   State   ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 09/15/2021

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify revolving credit

$ 1,352.00

Debtor 1   Carla   Miloszewski
  First Name   Middle Name   Last Name

Case number (if known)  26-21887

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7**

Department of Education/Aidvantage
Nonpriority Creditor's Name

1600 Tyson Blvd
Number   Street

McLean                    VA        75403
City                       State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  06/26/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_____

$ 3,902.00

**4.8**

FB & T/Mercury
Nonpriority Creditor's Name

2220 6th Street
Number   Street

Brookings                 SD        57006
City                       State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  09/16/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_____

$ 5,442.00

**4.9**

Receivables Outsourcing, LLC
Nonpriority Creditor's Name

PO Box 15369
Number   Street

Wilmington                DE        19850
City                       State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  11/22/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_____

$ 2,533.00

Debtor 1    Carla                            Miloszewski                    Case number *(if known)* 26-21887

First Name    Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**5.0**

Kohls/Capone
Nonpriority Creditor's Name

N56 Ridgewood Dr.
Number        Street

Menomonee Falls              WI        53051
City                        State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 02/24/2021

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_

$ 1,537.00

---

**5.1**

Lending Club Corp.
Nonpriority Creditor's Name

595 Market St., Suite 200
Number        Street

San Francisco              CA        94150
City                        State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 07/08/2022

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_line of credit_

$ 3,954.00

---

**5.2**

Receivables Outsourcing, LLC
Nonpriority Creditor's Name

1504 Belleville St.
Number        Street

Richmond              VA        23230
City                        State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 12/03/2019

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_

$ 2,184.00

---

Debtor 1    Carla    Miloszewski    Case number (if known) 26-21887
First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 5.3

Prosper Coastal Comm
Nonpriority Creditor's Name

221 Main St., Suite 300
Number    Street

San Francisco    CA    94150
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    08/16/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_____

$ 1,165.00

### 5.4

Sofi Bank, N.A.
Nonpriority Creditor's Name

234 1st St.
Number    Street

San Francisco    CA    94105
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    05/19/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_____

$ 1,594.00

### 5.5

Receivables Outsourcing, LLC
Nonpriority Creditor's Name

950 Forrer Blvd.
Number    Street

Kettering    OH    43420
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    08/04/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_____

$ 3,453.00

Debtor 1    Carla _____ Miloszewski _____   Case number (*if known*) 26-21887

First Name    Middle Name    Last Name

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**5.6**

SYNCB/HSN
Nonpriority Creditor's Name

PO Box 965017
Number        Street

Orlando                FL        32896
City                State    ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___          $ 7,800.00

**When was the debt incurred?**  07/14/2024

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_____

---

**5.7**

SYNCB/VNMO
Nonpriority Creditor's Name

PO Box 965015
Number        Street

Orlando                FL        32896
City                State    ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___          $ 3,806.00

**When was the debt incurred?**  12/02/2022

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_revolving credit_____

---

**5.8**

Receivables Outsourcing, LLC
Nonpriority Creditor's Name

1500 Market St. #3400
Number        Street

Philadelphia              PA        19102
City                State    ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___          $ 1,007.94

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_cell phone service_____

---

Debtor 1  Carla _____ Miloszewski _____   Case number (if known) 26-21887

First Name   Middle Name   Last Name

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 5.9 AHN

Nonpriority Creditor's Name

P. O. Box 645266

Number     Street

Pittsburgh      PA      15264

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 6,788.04

**When was the debt incurred?** 03/19/2024

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify medical expenses

### 6.0 Radius Global Solurions, LLC

Nonpriority Creditor's Name

P.O. Box 39015

Number     Street

Minneapolis      MN      55439

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 1,554.57

**When was the debt incurred?** 03/01/2023

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify medical expenses

### 6.1 Receivables Outsourcing, LLC

Nonpriority Creditor's Name

P. O. Box 734412

Number     Street

Chicago      IL      60673

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

$ 54.00

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify medical expenses

---

Debtor 1 __Carla_____ Case number (*if known*) __26-21887__
     First Name     Middle Name     __Miloszewski__ Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
| --- | --- |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

**6.2**

Systems & Services Technologies, inc.
Nonpriority Creditor's Name

P.O. Box 88059
Number     Street

Chicago        IL      60680
City            State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   03/01/2024

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify__medical expenses__

$ __1,028.80__

---

Nonpriority Creditor's Name

Number     Street

City            State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_____

$ _____

---

Receivables Outsourcing, LLC
Nonpriority Creditor's Name

Number     Street

City            State      ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type of **NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_____

$ _____

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page __9__ of ___

Debtor 1    Carla      Miloszewski      Case number *(if known)* 26-21887

First Name     Middle Name     Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

_____
Name

_____
Number     Street

_____

_____
City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

                         ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

                         ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

                         ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

                         ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

                         ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

                         ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City            State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ❑ Part 1: Creditors with Priority Unsecured Claims

                         ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1    Carla                              Miloszewski                    Case number *(if known)* 26-21887
            First Name    Middle Name          Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claim**

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. **Student loans** | 6f. | $ | 3,902.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 50,284.75 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $ | 54,186.75 |

| Print | Save As... | Add Attachment | Reset |

**Fill in this information to identify your case:**

Debtor — Carla [First Name] — [Middle Name] — Miloszewski [Last Name]

Debtor 2 — _____ [First Name] — [Middle Name] — [Last Name]
(Spouse If filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number — 26-21887
(If known)

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Megan M. Kelly and David Joseph Hartnett, Jr. <br> Name <br> 528 Knoll St. <br> Number    Street <br> Pittsburgh        PA        15212 <br> City        State        ZIP Code | Lease respecting 528 Knoll St., Pittsburgh PA 15212 (Third floor) |
| **2.2** _____ <br> Name <br> _____ <br> Number    Street <br> _____ <br> City        State        ZIP Code | |
| **2.3** _____ <br> Name <br> _____ <br> Number    Street <br> _____ <br> City        State        ZIP Code | |
| **2.4** _____ <br> Name <br> _____ <br> Number    Street <br> _____ <br> City        State        ZIP Code | |
| **2.5** _____ <br> Name <br> _____ <br> Number    Street <br> _____ <br> City        State        ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1 ___Carla_____Miloszewski_____
          First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number __26-21887_____
(If known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number      Street

      _____
      City                          State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City          State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City          State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City          State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Official Form 106H                    **Schedule H: Your Codebtors**                    page 1 of 1

**Fill in this information to identify your case:**

Debtor 1   Carla _____ Miloszewski _____
           First Name          Middle Name          Last Name

Debtor 2   _____
(Spouse, if filing)  First Name      Middle Name       Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number   26-21887 _____
(If known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>❑ Not employed | ❑ Employed<br>❑ Not employed |
| **Occupation** | Administrative Assistant | _____ |
| **Employer's name** | Obermayer Rebman | _____ |
| **Employer's address** | 525 William Penn Place<br>Number  Street<br>Suite 1710 | _____<br>Number   Street<br>_____ |
|  | _____ | _____ |
|  | Pittsburgh      PA    15219<br>City       State   ZIP Code | _____<br>City         State  ZIP Code |
| **How long employed there?** | 4 years | 4 years |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 5,041.68 | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. + $_____ | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ 5,041.68 | $_____ |

Official Form 106I                           **Schedule I: Your Income**                           page **1**

| | First Name | Middle Name | Last Name | | |
|---|---|---|---|---|---|
| Debtor 1 | Carla | | Miloszewski | Case number *(if known)* | 26-21887 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here............................................................................ ➔ | 4. | $ 5,041.68 | $_____ |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 525.34 | $_____ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 37.81 | $_____ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 37.81 | $_____ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. | **Insurance** | 5e. | $ 85.99 | $_____ |
| 5f. | **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. | **Union dues** | 5g. | $_____ | $_____ |
| 5h. | **Other deductions.** Specify: phone payment/transit | 5h. | **+** $ 89.99 | **+** $_____ |
| 6. | **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 1,553.90 | $_____ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,487.78 | $_____ |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____ | $_____ |
| 8b. | **Interest and dividends** | 8b. | $_____ | $_____ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. | **Unemployment compensation** | 8d. | $_____ | $_____ |
| 8e. | **Social Security** | 8e. | $_____ | $_____ |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $_____ | $_____ |
| 8g. | **Pension or retirement income** | 8g. | $_____ | $_____ |
| 8h. | **Other monthly income.** Specify: _____ | 8h. | **+** $_____ | **+** $_____ |
| 9. | **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $_____ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,487.78 **+** $_____ **=** | $ 3,487.78 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives**.**

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. **+** $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 3,487.78

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   my employee gives salary increases at the end of the year, usually around 3%.

| | | |
|---|---|---|
| Official Form 106I | **Schedule I: Your Income** | page **2** |

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|

**Fill in this information to identify your case:**

Debtor 1 _Carla_ _____ _Miloszewski_ _____
First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number _26-21887_____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 750.00 |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. | $ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 30.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 275.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ |

Debtor 1   Carla _____ Miloszewski _____   Case number (*if known*) 26-21887 _____

First Name        Middle Name            Last Name

|  | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans — 5. $_____

6. **Utilities:**

  6a. Electricity, heat, natural gas — 6a. $_____

  6b. Water, sewer, garbage collection — 6b. $_____

  6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $_____ 175.00

  6d. Other. Specify: _____ — 6d. $_____ 500.00

7. **Food and housekeeping supplies** — 7. $_____ 825.00

8. **Childcare and children's education costs** — 8. $_____

9. **Clothing, laundry, and dry cleaning** — 9. $_____ 150.00

10. **Personal care products and services** — 10. $_____ 400.00

11. **Medical and dental expenses** — 11. $_____ 225.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $_____ 175.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $_____ 280.00

14. **Charitable contributions and religious donations** — 14. $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a. Life insurance — 15a. $_____

  15b. Health insurance — 15b. $_____

  15c. Vehicle insurance — 15c. $_____

  15d. Other insurance. Specify:_____ — 15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ — 16. $_____

17. **Installment or lease payments:**

  17a. Car payments for Vehicle 1 — 17a. $_____

  17b. Car payments for Vehicle 2 — 17b. $_____

  17c. Other. Specify:_____ — 17c. $_____

  17d. Other. Specify:_____ — 17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____ — 19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

  20a. Mortgages on other property — 20a. $_____

  20b. Real estate taxes — 20b. $_____

  20c. Property, homeowner's, or renter's insurance — 20c. $_____

  20d. Maintenance, repair, and upkeep expenses — 20d. $_____

  20e. Homeowner's association or condominium dues — 20e. $_____

Debtor 1    Carla _____ Miloszewski _____    Case number (*if known*) 26-21887 _____

First Name    Middle Name    Last Name

---

21. **Other**. Specify: _____    21.   **+**$_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.   $_____ 3,785.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $_____

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   $_____ 3,785.00

23. **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.   $_____ 3,487.78

23b.   Copy your monthly expenses from line 22c above.    23b.   **−**$_____ 3,785.00

23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.   $_____ -297.22

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

❑ No.

☑ Yes.    Explain here:   Inflation plus I have 2 aging senior dogs who will most likely have more medical issues and I
need to move. I presently live in a very affordable apartment but I need to get out of it and once
I move I will incur numerous expenses that are currently included in my rent such as electric,
gas, water, sewage, pet rent.

---

Official Form 106J    **Schedule J: Your Expenses**    page **3**

| Print | Save As... | Add Attachment | | Reset |

**Fill in this information to identify your case:**

Debtor 1            Carla _____ Miloszewski _____
                    First Name          Middle Name          Last Name

Debtor 2            _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number         26-21887 _____
(If known)

❑ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ❑ Married
   ❑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ❑ No
   ❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____ Number  Street | From _____ To _____ | _____ Number  Street | From _____ To _____ |
| _____ City  State  ZIP Code | | _____ City  State  ZIP Code | |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____ Number  Street | From _____ To _____ | _____ Number  Street | From _____ To _____ |
| _____ City  State  ZIP Code | | _____ City  State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ❑ No
   ❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

Debtor 1 ___Carla_____Miloszewski_____   Case number (*if known*)__26-21887_____
                First Name      Middle Name        Last Name

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ❑ No
   ❑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ❑ Wages, commissions, bonuses, tips ❑ Operating a business | $ 27,000.00 | ❑ Wages, commissions, bonuses, tips ❑ Operating a business | $_____ |
| **For last calendar year:** (January 1 to December 31, 2025) YYYY | ☑ Wages, commissions, bonuses, tips ❑ Operating a business | $ 54,985.00 | ❑ Wages, commissions, bonuses, tips ❑ Operating a business | $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2024) YYYY | ❑ Wages, commissions, bonuses, tips ❑ Operating a business | $ 53,312.00 | ❑ Wages, commissions, bonuses, tips ❑ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ❑ No
   ❑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| **For last calendar year:** (January 1 to December 31, 2025) YYYY | _____ _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2024) YYYY | _____ _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |

Debtor 1  Carla_____ Miloszewski_____     Case number (*if known*) 26-21887_____
          First Name    Middle Name         Last Name

---

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

❏ No. Go to line 7.

❏ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

❏ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

❏ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ❏ Mortgage<br>❏ Car<br>❏ Credit card<br>❏ Loan repayment<br>❏ Suppliers or vendors<br>❏ Other _____ |

Debtor 1    Carla _____ Miloszewski _____    Case number (*if known*) 26-21887 _____
          First Name      Middle Name         Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | _____ | $_____ | $_____ | |
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | _____ | $_____ | $_____ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | _____ | $_____ | $_____ | |
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | _____ | $_____ | $_____ | |

Debtor 1    Carla _____ Miloszewski _____     Case number (*if known*) 26-21887

First Name        Middle Name        Last Name

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title_____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.   Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | | _____ | $_____ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | | _____ | $_____ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

---

Debtor 1 ___Carla_____Miloszewski_____   Case number (*if known*) 26-21887_____
        First Name   Middle Name        Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
❑ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State    ZIP Code | | _____ | $_____ |

Last 4 digits of account number: XXXX–___ ___ ___ ___

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
❑ Yes

## Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
❑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City              State    ZIP Code<br><br>Person's relationship to you   _____ | | _____<br><br>_____ | $_____<br><br>$_____ |
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City              State    ZIP Code<br><br>Person's relationship to you _____ | | _____<br><br>_____ | $_____<br><br>$_____ |

Debtor 1     Carla _____ Miloszewski _____     Case number (*if known*) 26-21887 _____

First Name        Middle Name              Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

❑ No
❑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City      State    ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

<br>

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

❑ No
❑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

<br>

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❑ No
❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Jeffrey T. Morris<br>Person Who Was Paid<br>6425 Living Place<br>Number    Street<br>Suite 200<br>Pittsburgh    PA    15206<br>City    State    ZIP Code<br>jeff@jeffreymorrislaw.com<br>Email or website address<br>_____<br>Person Who Made the Payment, if Not You | cash | _____<br><br>_____ | $_____2,500.00<br><br>$_____ |

Debtor 1    Carla _____ Miloszewski _____    Case number *(if known)* 26-21887 _____
          First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | _____<br><br><br>_____ | $_____<br><br><br>$_____ |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

❑ No
❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

❑ No
❑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code<br><br>Person's relationship to you _____ | | | _____ |
| _____<br>Person Who Received Transfer<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State    ZIP Code<br><br>Person's relationship to you _____ | | | _____ |

Debtor 1   Carla _____ Middle Name _____ Miloszewski _____      Case number (*if known*) 26-21887 _____
First Name      Middle Name      Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

❑ No
❑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ _____ | | _____ |

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

❑ No
❑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ Name of Financial Institution _____ Number   Street _____ _____ City        State    ZIP Code | XXXX–___ ___ ___ ___ | ❑ Checking ❑ Savings ❑ Money market ❑ Brokerage ❑ Other_____ | _____ | $_____ |
| _____ Name of Financial Institution _____ Number   Street _____ _____ City        State    ZIP Code | XXXX–___ ___ ___ ___ | ❑ Checking ❑ Savings ❑ Money market ❑ Brokerage ❑ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
☑ No
❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ Name of Financial Institution _____ Number   Street _____ _____ City        State    ZIP Code | _____ Name _____ Number   Street _____ City     State     ZIP Code | | ❑ No ❑ Yes |

Debtor 1 ___Carla_____ ___Miloszewski_____   Case number (*if known*)_26-21887_____
　　　　　　　First Name　　Middle Name　　　Last Name

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ **No**

☐ **Yes. Fill in the details.**

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Storage Facility**<br><br>_____<br>**Number　Street**<br><br>_____<br>**City**　　　　　**State**　**ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number　Street**<br><br>_____<br>**City State　ZIP Code** | | ☐ **No**<br>☐ **Yes** |

---

## Part 9:　Identify Property You Hold or Control for Someone Else

**23.** **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ **No**

☐ **Yes. Fill in the details.**

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>**Owner's Name**<br><br>_____<br>**Number　Street**<br><br>_____<br>**City**　　　　**State**　**ZIP Code** | _____<br>**Number　Street**<br><br>_____<br>**City**　　　　**State**　**ZIP Code** | | $_____ |

---

## Part 10:　Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☐ **No**

☑ **Yes. Fill in the details.**

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>**Name of site**<br><br>_____<br>**Number　Street**<br><br>_____<br>**City**　　　　**State**　**ZIP Code** | _____<br>**Governmental unit**<br><br>_____<br>**Number　Street**<br><br>_____<br>**City**　　　　**State**　**ZIP Code** | | _____ |

---

Debtor 1     Carla_____ Miloszewski_____     Case number (*if known*) 26-21887_____
            First Name    Middle Name        Last Name

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>**Name of site** | _____<br>**Governmental unit** | | _____ |
| _____<br>**Number    Street** | _____<br>**Number    Street** | | |
| _____<br>**City            State    ZIP Code** | _____<br>**City            State    ZIP Code** | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**
☐ **Yes. Fill in the details.**

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title**_____ | _____<br>**Court Name** | | ☐ Pending |
| _____ | _____<br>**Number    Street** | | ☐ On appeal |
| _____<br>**Case number** | _____<br>**City            State    ZIP Code** | | ☐ Concluded |

---

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**
☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**
☐ **A partner in a partnership**
☐ **An officer, director, or managing executive of a corporation**
☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☑ **No. None of the above applies. Go to Part 12.**
☐ **Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _____<br>**Business Name** | | **EIN:** ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____<br>**Number    Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____<br>**City            State    ZIP Code** | | **From** _____ **To** _____ |
| _____<br>**Business Name** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**EIN:** ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____<br>**Number    Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____<br>**City            State    ZIP Code** | | **From** _____ **To** _____ |

Debtor 1 ___Carla_____Miloszewski_____   Case number (*if known*)_26-21887_____

First Name     Middle Name        Last Name

| | **Describe the nature of the business** | **Employer Identification number** |
| --- | --- | --- |
| **Business Name** | | Do not include Social Security number or ITIN. |
| | | **EIN:** __ __ – __ __ __ __ __ __ __ |
| **Number   Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | |
| **City            State      ZIP Code** | | **From** _____ **To** _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**

❑ **Yes. Fill in the details below.**

| | **Date issued** |
| --- | --- |
| | |
| **Name** | **MM / DD / YYYY** |
| **Number   Street** | |
| | |
| **City            State      ZIP Code** | |

---

**Part 12:** **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Carla Miloszewski_____        ✖ _____

**Signature of Debtor 1**                                **Signature of Debtor 2**

**Date** 07/10/2026____                                **Date** _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

❑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **12**

| Print | Save As... | Add Attachment | Reset |

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1   Carla _____ Miloszewski _____
            First Name        Middle Name        Last Name

Debtor 2   _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number   26-21887 _____
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income                    12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated**. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 4,583.33 | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include your regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $_____ |

5. **Net income from operating a business, profession, or farm**

   |  | Debtor 1 | Debtor 2 |
   |---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 | $_____ |
   | Ordinary and necessary operating expenses | – $_____ | – $_____ |
   | Net monthly income from a business, profession, or farm | $ 0.00 | $_____ |

   Copy here ➡ Column A: $ 0.00   Column B: $_____

6. **Net income from rental and other real property**

   |  | Debtor 1 | Debtor 2 |
   |---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 | $_____ |
   | Ordinary and necessary operating expenses | – $_____ | – $_____ |
   | Net monthly income from rental or other real property | $ 0.00 | $_____ |

   Copy here ➡ Column A: $ 0.00   Column B: $_____

7. **Interest, dividends, and royalties**   Column A: $ 0.00   Column B: $_____

Debtor 1  Carla _____ Miloszewski _____     Case number (*if known*) 26-21887 _____

First Name    Middle Name    Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**   $ 0.00   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................. ↓

For you ......................................................... $ _____

For your spouse ............................................. $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $ 0.00   $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____   $ 0.00   $ _____

_____   $ _____   $ _____

Total amounts from separate pages, if any.   + $ 0.00   + $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $ 4,583.33 **+** $ _____ **=** $ 4,583.33

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11. ................................................................... **Copy line 11 here ➡**   $ 4,583.33

Multiply by 12 (the number of months in a year).   **x 12**

12b.  The result is your annual income for this part of the form.   12b.   $ 55,000.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   PA

Fill in the number of people in your household.   1

Fill in the median family income for your state and size of household. ........................................................13.   $ 72,230.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

Debtor 1    Carla                 Miloszewski       Case number *(if known)* 26-21887
          First Name     Middle Name       Last Name

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**✗** /s/ Carla Miloszewski                **✗** _____

Signature of Debtor 1                      Signature of Debtor 2

Date _____                    Date _____
      MM / DD / YYYY                         MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 26-1887 |
| | ) | |
| CARLA MILOSZEWSKI | ) | |
| | ) | Chapter 7 |
| Debtors | ) | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.      Pursuant to 11 U.S.C. § 29(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____ $**2500.00**
Prior to the filing of this statement I have received_____ $2500.00
Balance Due _____ $ **0.00**

2.      The source of the compensation paid to me was:

_X_ Debtor _ Other (specify):__

3.      The source of compensation to be paid to me is:

___Debtor_ Other (specify):

4.  X I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

___ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: July 10, 2026

**/s/ Jeffrey T. Morris**
**Jeffrey T. Morris 31010**
**The Law Office of Jeffrey T.**
**Morris, LLC**
**6425 Living Place**
**Suite 200**
**Pittsburgh PA 15206**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    )        Bankruptcy No. 26-21887
                                          )
CARLA MILOSZEWSKI                         )
                                          )        Chapter 7

### EMPLOYEE INCOME RECORDS

Pursuant to 11 U.S.C. §521(a)(1)(b)(iv) I state I have attached my payment advices or other evidence of payment received by me from any employer within 60 days preceding the date of the filing of my petition.

*/s/Carla Miloszewski*
Carla Mloszewski

| Statement of Earnings For: | **Carla Miloszewski** | | | | | **Obermayer Rebmann Maxwell & Hippel LLP** |
|---|---|---|---|---|---|---|

1500 Market Street # 3400
Philadelphia, PA 19102

| Employee #: | 9180 | Office | O8 | Period Begin: | 1/17/2026 | Check Date: | 2/2/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Function - | | Period End: | 2/2/2026 | Pay Type: | Salary |
| Company Id: | IS0385 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V11151192 | $0.00 | $2,520.84 | $1,798.72 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 33.2433 | 61.83 | 2,055.43 | 168.24 | 5,592.85 | SOC SEC EE | 149.41 | 451.32 | 401K | 75.63 | 228.38 |
| PTO | 33.2433 | 14.00 | 465.41 | 59.25 | 1,969.67 | MED EE | 34.94 | 105.55 | Vision | 2.49 | 7.47 |
| *ER Life | | | 2.54 | 0.00 | 7.62 | FEDERAL WH | 189.27 | 579.52 | Healthcare FSA | 62.50 | 187.50 |
| *ER LTD | | | 8.04 | 0.00 | 24.12 | PA WH | 74.75 | 225.78 | Transit | 25.00 | 75.00 |
| *ER Healthcare | | | 493.69 | 0.00 | 1,481.07 | PITTSBURGH | 73.05 | 220.64 | Life Insurance | 10.15 | 10.15 |
| *ER STD | | | 8.66 | 0.00 | 25.98 | PA SUI EE | 1.77 | 5.33 | Dental Pre-Tax | 21.00 | 63.00 |
| *ER HRA | | | 2,000.00 | 0.00 | 2,000.00 | PITTSBURGH LST | 2.16 | 6.48 | | | |
| *Expense Reimb. | | | 0.00 | 0.00 | 67.37 | | | | | | |
| Straight OT | | | 0.00 | 1.50 | 49.86 | | | | | | |
| **Total:** | | 75.83 | 2,520.84 | 228.99 | 7,612.38 | **Total:** | 525.35 | 1,594.62 | **Total:** | 196.77 | 571.50 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####1404 | Deposit Amount: | 1,798.72 |
| PTO 7 Hr 2021 | 0.00 | 14.00 | 154.00 | | | | |
| Float Holiday 7 Hour | 0.00 | 0.00 | 7.00 | | | | |

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/2/2026 | V11151192 |

| TOTAL NET PAY |
|---|
| ******$1,798.72 |

Carla Miloszewski
528 Knoll Street
Pittsburgh, PA 15212

**NOT NEGOTIABLE**

# Employee Pay Details

Obermayer Rebmann Maxwell & Hippel LLP

**Carla Miloszewski**

For Pay Period:  1/17/2026 - 2/2/2026
Pay Date:        2/2/2026

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | 33.2433 | 61.83 | 2,055.43 |
| PTO | 33.2433 | 7.00 | 232.70 |
| PTO | 33.2433 | 7.00 | 232.71 |
|  |  | **75.83** | **2,520.84** |

### Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Life |  |  | 2.54 |
| ER LTD |  |  | 8.04 |
| ER Healthcare |  |  | 493.69 |
| ER STD |  |  | 8.66 |
| ER HRA |  |  | 2,000.00 |
|  |  |  | **2,512.93** |

Statement of Earnings for Carla Miloszewski

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| | | |
|---|---|---|
| Employee #: | 9180 | Office O8 |
| Clock Number: | | Function - |
| Company Id: | IS0385 | Federal Filing: Single or |
| | | State Filing: |

| | |
|---|---|
| Period Begin: | 2/4/2026 |
| Period End: | 2/17/2026 |
| Exemptions: | |
| Exemptions: | |

| | |
|---|---|
| Check Date: | 2/14/2026 |
| Pay Type: | Salary |
| Additional Tax: | |
| Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V11226902 | $0.00 | $2,520.84 | $1,808.88 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 33.2433 | 68.83 | 2,288.14 | 239.07 | | 7,947.47 | SOC SEC EE | 149.41 | 600.73 | 401K | 75.63 | 304.01 |
| PTO | 33.2433 | 7.00 | 232.70 | 64.25 | | 2,135.89 | MED EE | 34.94 | 140.49 | Vision | 2.49 | 9.96 |
| *ER Life | | | 2.54 | 0.00 | | 10.16 | FEDERAL WH | 189.27 | 768.79 | Healthcare FSA | 62.50 | 250.00 |
| *ER LTD | | | 8.04 | 0.00 | | 32.16 | PA WH | 74.75 | 300.53 | Transit | 25.00 | 100.00 |
| *ER Healthcare | | | 493.69 | 0.00 | | 1,974.76 | PITTSBURGH | 73.05 | 293.69 | Life Insurance | 0.00 | -10.15 |
| *ER STD | | | 8.66 | 0.00 | | 34.64 | PA SUI EE | 1.76 | 7.09 | Dental Pre-Tax | 21.00 | 84.00 |
| *Expense Reimb. | | | 0.00 | 0.00 | | 67.37 | PITTSBURGH LST | 2.16 | 8.64 | | | |
| Straight OT | | | 0.00 | 1.50 | | 49.86 | | | | | | |
| *ER HRA | | | 0.00 | 0.00 | | 2,000.00 | | | | | | |
| Total: | | 75.83 | 2,520.84 | 304.82 | | 10,133.22 | Total: | 525.34 | 2,119.96 | Total: | 186.62 | 737.82 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####1404 | Deposit Amount: 1,808.88 |
| PTO 7 Hr 2021 | 0.00 | 7.00 | 149.00 | | | |
| Float Holiday 7 Hour | 0.00 | 0.00 | 7.00 | | | |

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/17/2026 | V11226902 |

| TOTAL NET PAY |
|---|
| ******$1,808.88 |

Carla Miloszewski
528 Knoll Street
Pittsburgh, PA 15212

**NOT NEGOTIABLE**

# Employee Pay Details
Obermayer Rebmann Maxwell & Hippel LLP

**Carla Miloszewski**

For Pay Period:  2/2/2026 - 2/17/2026
Pay Date:        2/17/2026

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | 33.2433 | 68.83 | 2,288.14 |
| PTO | 33.2433 | 7.00 | 232.70 |
| | | **75.83** | **2,520.84** |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Life | | | 2.54 |
| ER LTD | | | 8.04 |
| ER Healthcare | | | 493.69 |
| ER STD | | | 8.66 |
| | | | **512.93** |

Statement of Earnings for Carla Miloszewski

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| Employee #: | 9180 | Office | O8 | Period Begin | 2/17/2026 | Check Date | 3/2/2026 |
| Clock Number: | | Function - | | Period End: | 3/2/2026 | Pay Type: | Salary |
| Company Id: | IS0385 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V11303132 | $0.00 | $2,520.84 | $1,808.86 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 33.2433 | 68.83 | 2,288.14 | 307.90 | 10,235.61 | SOC SEC EE | 149.41 | 750.14 | 401K | 75.63 | 379.64 |
| PTO | 33.2433 | 7.00 | 232.70 | 71.25 | 2,368.59 | MED EE | 34.95 | 175.44 | Vision | 2.49 | 12.45 |
| *ER Life | | | 2.54 | 0.00 | 12.70 | FEDERAL WH | 189.27 | 958.06 | Healthcare FSA | 62.50 | 312.50 |
| *ER LTD | | | 8.04 | 0.00 | 40.20 | PA WH | 74.75 | 375.28 | Transit | 25.00 | 125.00 |
| *ER Healthcare | | | 493.69 | 0.00 | 2,468.45 | PITTSBURGH | 73.05 | 366.74 | Life Insurance | 0.00 | -10.15 |
| *ER STD | | | 8.66 | 0.00 | 43.30 | PA SUI EE | 1.77 | 8.86 | Dental Pre-Tax | 21.00 | 105.00 |
| *Expense Reimb. | | | 0.00 | 0.00 | 67.37 | PITTSBURGH LST | 2.16 | 10.80 | | | |
| Straight OT | | | 0.00 | 1.50 | 49.86 | | | | | | |
| *ER HRA | | | 0.00 | 0.00 | 2,000.00 | | | | | | |
| Total: | | 75.83 | 2,520.84 | 380.65 | 12,654.06 | Total: | 525.36 | 2,645.32 | Total: | 186.62 | 924.44 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####1404 | Deposit Amount: | 1,808.86 |
| PTO 7 Hr 2021 | 0.00 | 7.00 | 142.00 | | | | |
| Float Holiday 7 Hour | 0.00 | 0.00 | 7.00 | | | | |

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/2/2026 | V11303132 |

| TOTAL NET PAY |
|---|
| ******$1,808.86 |

Carla Miloszewski
528 Knoll Street
Pittsburgh, PA 15212

**NOT NEGOTIABLE**

# Employee Pay Details

Obermayer Rebmann Maxwell & Hippel LLP

**Carla Miloszewski**

For Pay Period: 2/17/2026 - 3/2/2026
Pay Date: 3/2/2026

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | 33.2433 | 68.83 | 2,288.14 |
| PTO | 33.2433 | 7.00 | 232.70 |
| | | **75.83** | **2,520.84** |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Life | | | 2.54 |
| ER LTD | | | 8.04 |
| ER Healthcare | | | 493.69 |
| ER STD | | | 8.66 |
| | | | **512.93** |

| Statement of Earnings for Carla Miloszewski | | | | | | | | Obermayer Rebmann Maxwell & Hippel LLP | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1500 Market Street # 3400 | |
| | | | | | | | | Philadelphia, PA 19102 | |

| Employee #: | 9180 | Office | O8 | Period Begin: | 3/1/2026 | Check Date: | 3/16/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Function - | | Period End: | 3/16/2026 | Pay Type: | Salary |
| Company Id: | IS0385 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V11382071 | $0.00 | $2,520.84 | $1,743.88 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 33.2433 | 75.83 | 2,520.84 | 383.73 | 12,756.45 | SOC SEC EE | 149.42 | 899.56 | 401K | 75.63 | 455.27 |
| *ER Life | | | 2.54 | 0.00 | 15.24 | MED EE | 34.94 | 210.38 | Vision | 2.49 | 14.94 |
| *ER LTD | | | 8.04 | 0.00 | 48.24 | FEDERAL WH | 189.27 | 1,147.33 | Healthcare FSA | 62.50 | 375.00 |
| *ER Healthcare | | | 493.69 | 0.00 | 2,962.14 | PA WH | 74.75 | 450.03 | T mobile | 64.99 | 64.99 |
| *ER STD | | | 8.66 | 0.00 | 51.96 | PITTSBURGH | 73.05 | 439.79 | Transit | 25.00 | 150.00 |
| PTO | | | 0.00 | 71.25 | 2,368.59 | PA SUI EE | 1.76 | 10.62 | Life Insurance | 0.00 | -10.15 |
| *Expense Reimb. | | | 0.00 | 0.00 | 67.37 | PITTSBURGH LST | 2.16 | 12.96 | Dental Pre-Tax | 21.00 | 126.00 |
| Straight OT | | | 0.00 | 1.50 | 49.86 | | | | | | |
| *ER HRA | | | 0.00 | 0.00 | 2,000.00 | | | | | | |
| Total: | | 75.83 | 2,520.84 | 456.48 | 15,174.90 | Total: | 525.35 | 3,170.67 | Total: | 251.61 | 1,176.05 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####1404 | Deposit Amount: | 1,743.88 |
| PTO 7 Hr 2021 | 0.00 | 0.00 | 142.00 | | | | |
| Float Holiday 7 Hour | 0.00 | 0.00 | 7.00 | | | | |

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/16/2026 | V11382071 |

| TOTAL NET PAY |
|---|
| ******$1,743.88 |

Carla Miloszewski
528 Knoll Street
Pittsburgh, PA 15212

**NOT NEGOTIABLE**

# Employee Pay Details

Obermayer Rebmann Maxwell & Hippel LLP

**Carla Miloszewski**

For Pay Period:  3/3/2026 - 3/16/2026
Pay Date:          3/16/2026

| Earning | Rate | Hours | Dollars |
|---------|------|-------|---------|
| Regular |      | 75.83 | 2,520.84 |
|         |      | **75.83** | **2,520.84** |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---------|------|-------|---------|
| ER Life |      |       | 2.54 |
| ER LTD  |      |       | 8.04 |
| ER Healthcare |  |    | 493.69 |
| ER STD  |      |       | 8.66 |
|         |      |       | **512.93** |

Statement of Earnings for Carla Miloszewski

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| Employee #: | 9180 | Office | | Period Begin: | 3/17/2026 | Check Date: | 4/1/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Function - | | Period End: | 4/1/2026 | Pay Type: | Salary |
| Company Id: | IS0385 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V11460580 | $0.00 | $2,520.84 | $1,743.88 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 33.2433 | 47.83 | 1,590.03 | 431.56 | 14,346.48 | SOC SEC EE | 149.41 | 1,048.97 | 401K | 75.63 | 530.90 |
| PTO | 33.2433 | 28.00 | 930.81 | 99.25 | 3,299.40 | MED EE | 34.94 | 245.32 | Vision | 2.49 | 17.43 |
| *ER Life | | | 2.54 | 0.00 | 17.78 | FEDERAL WH | 189.27 | 1,336.60 | Healthcare FSA | 62.50 | 437.50 |
| *ER LTD | | | 8.04 | 0.00 | 56.28 | PA WH | 74.75 | 524.78 | T mobile | 64.99 | 129.98 |
| *ER Healthcare | | | 493.69 | 0.00 | 3,455.83 | PITTSBURGH | 73.05 | 512.84 | Transit | 25.00 | 175.00 |
| *ER STD | | | 8.66 | 0.00 | 60.62 | PA SUI EE | 1.77 | 12.39 | Life Insurance | 0.00 | -10.15 |
| *Expense Reimb. | | | 0.00 | 0.00 | 67.37 | PITTSBURGH LST | 2.16 | 15.12 | Dental Pre-Tax | 21.00 | 147.00 |
| Straight OT | | | 0.00 | 1.50 | 49.86 | | | | | | |
| *ER HRA | | | 0.00 | 0.00 | 2,000.00 | | | | | | |
| Total: | | 75.83 | 2,520.84 | 532.31 | 17,695.74 | Total: | 525.35 | 3,696.02 | Total: | 251.61 | 1,427.66 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####1404 | Deposit Amount: 1,743.88 |
| PTO 7 Hr 2021 | 0.00 | 31.00 | 111.00 | | | |
| Float Holiday 7 Hour | 0.00 | 0.00 | 7.00 | | | |

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/1/2026 | V11460580 |

| TOTAL NET PAY |
|---|
| ******$1,743.88 |

Carla Miloszewski
528 Knoll Street
Pittsburgh, PA 15212

**NOT NEGOTIABLE**

# Employee Pay Details

Obermayer Rebmann Maxwell & Hippel LLP

## Carla Miloszewski

For Pay Period:  3/17/2026 - 4/1/2026
Pay Date:        4/1/2026

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | 33.2433 | 47.83 | 1,590.03 |
| PTO | 33.2433 | 7.00 | 232.70 |
| PTO | 33.2433 | 7.00 | 232.71 |
| PTO | 33.2433 | 7.00 | 232.70 |
| PTO | 33.2433 | 7.00 | 232.70 |
| | | 75.83 | 2,520.84 |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Life | | | 2.54 |
| ER LTD | | | 8.04 |
| ER Healthcare | | | 493.69 |
| ER STD | | | 8.66 |
| | | | 512.93 |

| Statement of Earnings for Carla Miloszewski | | | | | | | Obermayer Rebmann Maxwell & Hippel LLP 1500 Market Street # 3400 Philadelphia, PA 19102 | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 9180 | Office | O8 | Period Begin: | 4/1/2026 | Check Date: | 4/16/2026 | | |
| Clock Number: | | Function - | | Period End: | 4/16/2026 | Pay Type: | Salary | | |
| Company Id: | IS0385 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V11544151 | $0.00 | $2,520.84 | $1,743.88 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 33.2433 | 75.83 | 2,520.84 | 507.39 | 16,867.32 | SOC SEC EE | 149.41 | 1,198.38 | 401K | 75.63 | 606.53 |
| *ER Life | | | 2.54 | 0.00 | 20.32 | MED EE | 34.95 | 280.27 | Vision | 2.49 | 19.92 |
| *ER LTD | | | 8.04 | 0.00 | 64.32 | FEDERAL WH | 189.27 | 1,525.87 | Healthcare FSA | 62.50 | 500.00 |
| *ER Healthcare | | | 493.69 | 0.00 | 3,949.52 | PA WH | 74.75 | 599.53 | T mobile | 64.99 | 194.97 |
| *ER STD | | | 8.66 | 0.00 | 69.28 | PITTSBURGH | 73.05 | 585.89 | Transit | 25.00 | 200.00 |
| PTO | | | 0.00 | 99.25 | 3,299.40 | PA SUI EE | 1.76 | 14.15 | Life Insurance | 0.00 | -10.15 |
| *Expense Reimb. | | | 0.00 | 0.00 | 67.37 | PITTSBURGH LST | 2.16 | 17.28 | Dental Pre-Tax | 21.00 | 168.00 |
| Straight OT | | | 0.00 | 1.50 | 49.86 | | | | | | |
| *ER HRA | | | 0.00 | 0.00 | 2,000.00 | | | | | | |
| Total: | | 75.83 | 2,520.84 | 608.14 | 20,216.58 | Total: | 525.35 | 4,221.37 | Total: | 251.61 | 1,679.27 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####1404 | Deposit Amount: | 1,743.88 |
| PTO 7 Hr 2021 | 0.00 | 0.00 | 111.00 | | | | |
| Float Holiday 7 Hour | 0.00 | 0.00 | 7.00 | | | | |

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/16/2026 | V11544151 |

| TOTAL NET PAY |
|---|
| ******$1,743.88 |

Carla Miloszewski
528 Knoll Street
Pittsburgh, PA 15212

**NOT NEGOTIABLE**

# Employee Pay Details

Obermayer Rebmann Maxwell & Hippel LLP

**Carla Miloszewski**

For Pay Period: 4/2/2026 - 4/16/2026
Pay Date:        4/16/2026

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | | 75.83 | 2,520.84 |
| | | **75.83** | **2,520.84** |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Life | | | 2.54 |
| ER LTD | | | 8.04 |
| ER Healthcare | | | 493.69 |
| ER STD | | | 8.66 |
| | | | **512.93** |

| Statement of Earnings for Carla Miloszewski | | | | | | | | Obermayer Rebmann Maxwell & Hippel LLP 1500 Market Street # 3400 Philadelphia, PA 19102 | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 9180 | Office | O8 | Period Begin: | 4/17/2026 | Check Date: | 5/1/2026 | | |
| Clock Number: | | Function - | | Period End: | 5/1/2026 | Pay Type: | Salary | | |
| Company Id: | IS0385 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V11636376 | $0.00 | $2,520.84 | $1,743.88 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 33.2433 | 75.83 | 2,520.84 | 583.22 | 19,388.16 | SOC SEC EE | 149.41 | 1,347.79 | 401K | 75.63 | 682.16 |
| *ER Life | | | 2.54 | 0.00 | 22.86 | MED EE | 34.94 | 315.21 | Vision | 2.49 | 22.41 |
| *ER LTD | | | 8.04 | 0.00 | 72.36 | FEDERAL WH | 189.27 | 1,715.14 | Healthcare FSA | 62.50 | 562.50 |
| *ER Healthcare | | | 493.69 | 0.00 | 4,443.21 | PA WH | 74.75 | 674.28 | T mobile | 64.99 | 259.96 |
| *ER STD | | | 8.66 | 0.00 | 77.94 | PITTSBURGH | 73.05 | 658.94 | Transit | 25.00 | 225.00 |
| PTO | | | 0.00 | 99.25 | 3,299.40 | PA SUI EE | 1.77 | 15.92 | Life Insurance | 0.00 | -10.15 |
| *Expense Reimb. | | | 0.00 | 0.00 | 85.38 | PITTSBURGH LST | 2.16 | 19.44 | Dental Pre-Tax | 21.00 | 189.00 |
| Straight OT | | | 0.00 | 1.50 | 49.86 | | | | | | |
| *ER HRA | | | 0.00 | 0.00 | 2,000.00 | | | | | | |
| Total: | | 75.83 | 2,520.84 | 683.97 | 22,737.42 | Total: | 525.35 | 4,746.72 | Total: | 251.61 | 1,930.88 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####1404 | Deposit Amount: | 1,743.88 |
| PTO 7 Hr 2021 | 0.00 | 4.00 | 107.00 | | | | |
| Float Holiday 7 Hour | 0.00 | 0.00 | 7.00 | | | | |

Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street # 3400
Philadelphia, PA 19102

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/1/2026 | V11636376 |

| TOTAL NET PAY |
|---|
| ******$1,743.88 |

Carla Miloszewski
528 Knoll Street
Pittsburgh, PA 15212

**NOT NEGOTIABLE**

# Employee Pay Details

Obermayer Rebmann Maxwell & Hippel LLP

## Carla Miloszewski

For Pay Period:  4/17/2026 - 5/1/2026
Pay Date:        5/1/2026

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | | 75.83 | 2,520.84 |
| | | **75.83** | **2,520.84** |

## Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| ER Life | | | 2.54 |
| ER LTD | | | 8.04 |
| ER Healthcare | | | 493.69 |
| ER STD | | | 8.66 |
| | | | **512.93** |

FB 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

· Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

Form B 201A, Notice to Consumer Debtor(s)                                    Page 2

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

WARNING: Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.